JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PHILLIPS, | Case No. CV 20-1858-FMO (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 15, 2020

/s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE